[Sac. No. 4605. In Bank.—April 3, 1933.]

LATOURETTE–FISCAL CO. (a Corporation) et al., Respondents, v. DANIEL R. HANIFY, Defendant; ROY E. COLE, as County Treasurer, etc., et al., Appellants.

LATOURETTE–FISCAL CO. (a Corporation) et al., Respondents, v. GLOBE INDEMNITY COMPANY (a Corporation), Appellant.

LANNOM BROTHERS MFG. CO. (a Corporation), Respondent, v. BOARD OF TRUSTEES OF THE CLARKSBURGH HIGH SCHOOL DISTRICT OF YOLO COUNTY et al., Defendants and Respondents; GLOBE INDEMNITY COMPANY, Appellant.

Hartley F. Peart, Huston, Huston &. Huston, and Russel Shearer for Appellant.

Butler, Van Dyke, Desmond & Harris, Elliott, Atkinson & Sitton, Rowan Hardin, Armfield & Eddy, Peter A. Breen, Neal Chalmers, District Attorney of Yolo County, C. L. Colvin and Earl D. White for Respondents.

THE COURT.— The above consolidated cases arise out of the same transaction set forth in consolidated cases No. 4598, *Globe Indemnity Co.* v. *Hanify, ante,* p. 721 [20 Pac. (2d) 689], this day decided, and, therefore, come within the rule announced therein. Each judgment appealed from herein is affirmed upon the grounds and for the reasons set out in said consolidated cases No. 4598.

It is so ordered.

Rehearing denied.